[DO NOT PUBLISH]

IN THE UNITED STATES COURT OF APPEALS

FOR THE ELEVENTH CIRCUIT

_____

No. 16-11018
Non-Argument Calendar

_____

D.C. Docket No. 1:15-cr-20651-WJZ-1

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ALEX NEGRETE,

Defendant-Appellant.

_____

Appeal from the United States District Court
for the Southern District of Florida

_____

(December 16, 2016)

Before HULL, WILSON and JULIE CARNES, Circuit Judges.

PER CURIAM:

Scott Sakin, appointed counsel for Alex Negrete in this direct criminal

appeal, has moved to withdraw from further representation of the appellant and

filed a brief pursuant to *Anders v. California*, 386 U.S. 738 (1967).  Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct.  Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Negrete's conviction and sentence are **AFFIRMED**.